```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
           PITTSBURGH Division

         # 06004252 - ET    ET
            June 5, 2006


    Code    Case #    Qty     Amount

    1ST CIVI 97-866
    1ST CIVI 97-1185                4.80 CH
    1ST CIVI 01-1229                4.80 CH
    APPEAL D 04-84                 10.83 CH
    1ST CIVI 00-435                 3.60 CH
    2ND CIVI 00-435  > 00-435       1.74 CH
    1ST CIVI 00-422                 5.86 CH
    2ND CIVI 00-422                 1.10 CH
    APPEAL D 00-435                 5.70 CH
                                    3.40 CH

    TOTAL →                        41.43
```

New bal 54.94

FROM: STATE CORRECTIONAL INSTITUTION
      1111 ALTAMONT BLVD
      FRACKVILLE, PA 17931
      JORGE LOPEZ 842800

Michael Benson FM4852
Daniel Wesley GB0430
Andy Torres CW3610