```
        UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
         PITTSBURGH Division

      # 06004252 - ET    ET
         June 5, 2006


  Code    Case #    Qty    Amount

  1ST CIVI  97-866           4.00 CH
  1ST CIVI  97-1205          4.00 CH
  1ST CIVI  01-1225         10.53 CH
  APPEAL D  04-84            5.60 CH
  1ST CIVI  00-435           1.74 CH
  2ND CIVI  00-435           5.06 CH
  1ST CIVI  00-422           1.10 CH
  2ND CIVI  00-422           5.70 CH
  APPEAL D  00-435  00-435   3.40 CH

  TOTAL →                   41.43
```

New bal 30 34,
          appeal 00-1697

FROM: STATE CORRECTIONAL INSTITUTION
      1111 ALTAMONT BLVD
      FRACKVILLE, PA 17931
      JORGE LOPEZ BB2800
      Michael Benson FM4852
      Daniel Wesley 6B0430
      Andy Torres CU3610