```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
          PITTSBURGH Division

        # 06004920 - ET   ET
          July 13, 2006

  Code   Case #    Qty      Amount

 1ST CIVI 01-1229             5.90 CH
 2ND CIVI 01-1229             2.73 CH
 2ND CIVI 00-422             54.30 CH
 2ND CIVI 00-435             54.94 CH
 2ND APPE 00-435 · 00-435    30.34 CH
 1ST APPE 04-84               8.00 CH
 1ST CIVI 97-866              2.00 CH
 1ST CIVI 97-1205             2.00 CH


  TOTAL →              160.21
```

*paid in full*

FROM: STATE CORRECTIONAL INSTITUTION
      1111 ALTAMONT BLVD
      FRACKVILLE, PA 17931
      BENSON TORRES WESLEY LOPEZ

Andy Torres
Appeal # 00-1697
CU - 3610