```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
           PITTSBURGH Division

     #  06004920  -  ET    ET
         July 13, 2006


     Code    Case #    Qty      Amount

     1ST CIVI 01-1229              5.90 CH
     2ND CIVI 01-1229              2.73 CH
     2ND CIVI 00-422              54.30 CH
     2ND CIVI 00-435 - 00435      54.94 CH
     2ND APPE 00-435              30.34 CH
     1ST APPE 04-64                9.00 CH
     1ST CIVI 97-866               2.00 CH
     1ST CIVI 97-1105              3.00 CH


     TOTAL→               160.21
```

paid in full

FROM: STATE CORRECTIONAL INSTITUTION
      1111 ALTAMONT BLVD
      FRACKVILLE, PA 17931
      BENSON TORRES WESLEY LOPEZ

Andy Torres
CU-3610